UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:               )
  **Thomas Gordon Gaither, Sr.**   )   Case No.  **14-50426**
  **430 Janet Avenue**             )   Chapter   **13**
  **Winston Salem, NC 27104**      )
                                   )
  **Shelvy P. Gaither**            )
  **430 Janet Avenue**             )
  **Winston Salem, NC 27104**      )
                                   )
                                   )
                                   )
SS#  **xxx-xx-5454**               )
SS#  **xxx-xx-2683**               )
            Debtor(s)              )

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **April 21, 2014**  .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

**CHAPTER 13 PLAN SUMMARY**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of __$1,430.00__ per month for a period of __50__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

1. **Attorney fees.**
   ☐ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $____ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   ☑ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

    a.  ☑ None

    b.  The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.  Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Civil Processing Clerk** | **$0.00** |
| **Forsyth County Tax Office** | **$147.64** |
| **Internal Revenue Service** | **$3,883.70** |
| **NC Department of Commerce** | **$0.00** |
| **NC Department of Revenue** | **$357.00** |
| **United States Attorney General** | **$0.00** |

IV. **Secured Claims**

   1. **Real Property Secured Claims**

   a. ☐ None

   b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **BSI Financial Services** | **Single family home located at 430 Janet Avenue, Winston Salem NC 27104** | N | N | $815.62 | $20,107.85 | |
| **Martha Gaither** | **Alimony arrears** | **NR** | **N** | **$320.00** | **$1,600.00** | |

   2. **Personal Property Secured Claims**

   a. ☑ None

   b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

   The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

   *To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

   3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

   4. **Liens to be Avoided**

   The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **Winston Salem Federal Credit Union** | **Personal loan** |

V. **Co-Debtor Claims**

   The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI.** **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

**VII.** **Executory Contracts/Leases**

a. ☑ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII.** **Special Provisions**

a. ☑ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms


Date: **April 28, 2015**        /s/ **John Lawson**
**John Lawson 38687**
Attorney for the Debtor
Address:    **Legal Aid of North Carolina, Inc.**
**Post Office Box 20188**
**Winston Salem, NC 27120-0188**
Telephone:    **(919) 771-5591**
State Bar No.    **38687**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Thomas Gordon Gaither, Sr.**  )  NOTICE TO CREDITORS
    **Shelvy P. Gaither**  )  AND
      )  PROPOSED PLAN
SS#  **xxx-xx-5454**  )
SS#  **xxx-xx-2683**  )  Case No. **14-50426**
    Debtor(s)  )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Allegacy Federal Credit Union**
**1691 Westbrook Plaza Dr.**
**Winston Salem, NC 27103**

**Apria HealthCare**
**3845 Shopton Road**
**Charlotte, NC 28217**

**Bank of America**
**P.O. Box 982235**
**El Paso, TX 79998-2235**

**BSI Financial Services**
**P.O. Box 517**
**Titusville, PA 16354-0517**

**BSI Financial Services**
**314 S. Franklin Street**
**Titusville, PA 16354**

**Chrysler Capital**
**P.O. Box 961275**
**Fort Worth, TX 76161**

**Civil Processing Clerk**
**United States Attorney**
**P.O. Box 1858**
**Greensboro, NC 27402**

**Comenity Bank/Lane Bryant**
**P.O. Box 182789**
**Columbus, OH 43218**

**Consumer Cellular**
**P.O. Box 7175**
**Pasadena, CA 91109-7175**

**Diversified Consultants**
P.O. Box 551268
Jacksonville, FL 32255

**EOS CCA**
700 Longwater Drive
Norwell, MA 02061

**First Premier Bank**
601 S. Minnesota Avenue
Sioux Falls, SD 57104

**Firstpoint Collection Resources**
P.O. Box 26410
Greensboro, NC 27402

**Forsyth County Tax Office**
PO Box 82
Winston Salem, NC 27102

**Forsyth Plastic Surgical Association**
2901 Maplewood Avenue
Winston Salem, NC 27103

**GECRB/Walmart**
P.O. Box 965024
Orlando, FL 32896-5024

**HSBC Bank**
P O Box 5253
Carol Stream, IL 60197

**Internal Revenue Service**
**Centralized Insolvency Operations**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Interstate Credit Collection**
711 Coliseum Plaza Ct.
Winston Salem, NC 27106-5300

**J. Albert Denton, DDS**
2438 Reynolda Road
Winston Salem, NC 27106

**Martha Gaither**
230 Sunview Road
Winston Salem, NC 27105

**Martha Gaither**
c/o W. Eugene Metcalf
Metcalf & Beal, LLP
380 Knollwood Street, Suite 450
Winston Salem, NC 27103

**Medicredit, Inc.**
13730 S. Point Boulevard
Charlotte, NC 28273

**Nationwide Insurance**
One Nationwide Plaza
Columbus, OH 43215-2220

**NC Department of Commerce**
**Division of Employment Security**
P.O. Box 26504
Raleigh, NC 27611

**NC Department of Revenue**
P.O. Box 25000
Raleigh, NC 27640

**NCO Financial Services**
P.O. Box 15636
Wilmington, DE 19850

**OSC**
P.O. Box 25626
Winston Salem, NC 27114

**Professional Credit**
2892 Crescent Avenue
Eugene, OR 97408-7397

**Receivable Performance**
1930 220 Street, Suite 101
Lynnwood, WA 98036

**Salem Family Practice**
105 Vest Mill Cir
Winston Salem, NC 27103

**Shapiro and Ingle**
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216

**Shatese M. Gaither**
2 Salem Garden Dr., Apt D
Winston Salem, NC 27107

**Sprint**
6391 Sprint Parkway
Overland Park, KS 66251-4300

**State Collection Service, Inc.**
2509 South Stoughton Road
Madison, WI 53716

**T-Mobile**
Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-3410

**Time Warner Cable**
P.O. Box 70872
Charlotte, NC 28272

**Triad Radiology**
3010 Trenwest Dr
Winston Salem, NC 27103

**Trustee Service of Carolina, LLC**
c/o Brock & Scott
5431 Oleander Drive, Suite 200
Wilmington, NC 28403

**United States Attorney General**
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Ave. N.W.
Washington, DC 20530

**Verizon Wireless**
P O Box 26055
Minneapolis, MN 55426

**Winston Salem Federal Credit Union**
711 E. Salem Avenue
Winston Salem, NC 27101-5365

Date:   **April 28, 2015**               /s/ John Lawson
                                         John Lawson 38687